FILED

2022 May-11  AM 11:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

## DECLARATION OF JOEY WILHITE

1.      I was an inmate at the Bibb Correctional Facility in September 2018. I was a third shift kitchen worker for Mrs. Brown the chef, Mrs. Hill, and Mrs. Wilson.

2.      On September 25, 2018 in the morning after work at 7 a.m., I was in my dorm C.

3.      I had a seizure and inmate Rodrick Dancy AIS 212278 was helping me with my seizure. Sergeant Parker and other officers came to the dorm. Rodrick Dancy told them that I do not use drugs at all and that I am an epileptic. Parker and the staff laughed and took me to the medical unit. I remember coming to my senses and sitting in a chair back to the wall and Sergeant Parker and a white female nurse were sitting in front of me to my right side. The nurse was giving me my seizure medication, Dilantin. They told me I could go back to the dorm and lay down.

4.      I went back to my dorm, and I slept there until about 2:45 p.m. I did not know I had missed lunch, so I went to another dorm to see a friend of mine, Robert Southby, AIS 255480. He was in dorm B 4, bed 38P. I went there to get something to eat and let him know how I was feeling because he knew about my seizure condition.

5.      While I was with Robert Southby, I began to tell him that I was feeling sick, and I needed to go back to my dorm and lay down. I made it out of B4 and that's when I had another seizure.

6.      Officer Sewell appeared, and I was handcuffed in front. He was one of the officers running the cube of B dorm at the time. I was placed in a wheelchair according to inmate Robert Southby. He and three other inmates pushed me to the medical unit. I was given over to Sergeant J. Parker and Officer Cutts, Sr. There was also an African American female doctor there.

7.      Sergeant J. Parker, Officer Cutts, Sr., and the female doctor put me on the gurney table, handcuffed my feet, and my hands were still cuffed to the front or back ( I don't remember which). I remember Cutts, Sr. was to the left of the table and the female doctor beside him. Sergeant J. Parker was to my right. I told them that I had seizures and that I did not use drugs or tobacco.

8.      At that point both Parker and Cutts started taking their batons and beating me from head to my toes. They hit me on my shins, both eyes, both arms. I later saw I had a fist print on my chest. There was another fist print on my right eye and I remember getting the fist print in my chest by being pulled up from the floor, facedown. Officer Cutts, Sr. pulled me up while I was telling him that I am epileptic, and that I don't use drugs or tobacco. He punched me in the chest and said, "shut your fucking mouth."

9.      I believe that is when Ms. Leigh Sharon Taormina came to my rescue.

10.    I remember waking up with like handcuffed hands behind my back and me hanging like a dead body, face just barely touching the floor. I pulled myself back up on the bench and I asked Mrs. Billingsley, the desk officer in medical at the time, if she would remove my cuffs so I could lay down. She said, "shut your fucking mouth white boy." And I told her again that I had seizures and she again said, "shut the fuck up."

11.    All the medical and dental inmates are just watching me hang helplessly. Then about 10 to 15 minutes later Sergeant J. Parker uncuffed me from the wall of the medical building and he took me to the shift office and placed me face to the wall and made me take off my clothes so he could do his body chart of me. When I became naked, Lieutenant Wilson said to Parker, "what have you done?" Parker replied, "just handling business!"

12.    A couple of days later I was called into Captain Smith and Captain Hutton office. They were Alabama Department of Corrections employees and they asked what happened to me. I told them that I was beat by Sergeant J. Parker and Officer Cutts, Sr. I asked for a urine and blood test. I was refused and sent back to my dorm.

13.    Around October 2, 2018, I was called to the shift office by Sergeant White, Alabama Department of Corrections employee, and he took me to a female doctor's office. He set me on the gurney in her office. Sergeant White sat in the chair in front of me and I said to the doctor that I would like a blood test and a urine test. The doctor told Sergeant White that she needed to talk to him alone. I was placed on the bench outside the dental office and about 10 minutes later, Mrs. Leigh Shannon Taormina came up to me and said, "hello, Mr. Wilhite, how are you?" She said she had witnessed the beating. She told me to hang on and she would be back and then Sergeant White walked out of the doctor's office and said to me, "Mr. Wilhite, we will wait for the next seizure to get a urine sample." Then Ms. Taormina came out and gave me her name and said that I should find an attorney. She told me, "This needs to stop, subpoena me and I'll testify for you."

14.    Sometime around or after October 2, 2018, I was taken to the I & I office in Montgomery where two I & I officers and a federal man took my story and also did a body chart on me. They found the boot prints on my right butt cheek and took pictures of it. Then they asked for my witnesses, and I told them those as well as Ms. Taormina. Then they sent me to Kilby Correctional Facility, locked me up for about eight days. Sergeant Tarrance T. Radcliffe came to the lock up and asked if I would like to add any more witnesses from my disciplinary hearing because he had done a 403 for me and I said yes and I gave them the names of my witnesses.

15.    A day or two later Sergeant Radcliffe brought me into the shift office at Kilby CF and he called Sergeant J. Parker at Bibb CF and had my witness Robert Southby brought to the phone. He questioned him. Sergeant Radcliffe asked Sergeant Parker, "whether Mr. Wilhite has ever asked you for a urine sample." Parker said no and Sergeant Radcliffe said "Sgt. Parker, I'm going to ask you one more time has Mr. Wilhite ever asked you for a urine sample or blood test?" Parker said, "well maybe once." Radcliff said, "that's all I needed to hear" and he hung up the phone on Parker.

16.     Then Sergeant Radcliffe came to the desk and told me, "Mr. Wilhite, this is probably my first and last time of ever doing this, but in my 17 years I am finding you are not guilty." And I said thank you. I was let out of lock up and put in population K dorm at Kilby CF.

17.     I believe at some point around five days after October 2, 2018, investigators went to the prison to get my witness reports and that's when they got Miss Lee Shannon Taormino's report for my behalf and the state statement.

18.     I had pictures made of some of my injuries and they are attached to this declaration. These are pictures of my body shortly after Parker and Cutts, Sr attacked me.

19.     The pictures that were taken by the two I & I employees and the federal man showed that I was black and blue from head to toes. Both chins, both eyes, both arms and my right eye. There was a fist print in my chest and on my right butt cheek. When I was attacked by Sergeant Parker and Officer Cutts, Sr., I was already handcuffed and put on the gurney and my ankles were in cuffs.

20.     It is not correct that Sergeant Parker claims he did not know that I was epileptic. At 8:00 a.m. on the day of the beating, it was Sergeant Parker who took me to the medical unit from C dorm while I was having my first seizure of the day. The female nurse was there to give me my medicine. Parker is aware that I was administered Dilantin for my seizure that very morning.

21.     Even if Parker was to be believed that he thought I was having a narcotic episode, he and Cutts, Sr. still beat me while I was completely restrained by handcuffs.

22.     On June 23, 2018, Charles Monk and Lieutenant Wilson helped push me from C dorm to the HCU in a wheelchair. I had a wheel burn on my left front shin from the right wheel by me being laid on the wheelchair and the wheel rubbing the spoon on my left chin. I was left with Officer Monk but when I came to, he helped me up from the wheelchair and took me out to the front of the HCU and we walked out the door. The camera was to the left of us. And Officer Monk said to me, "Mr. Wilhite, I'm sorry." I said, 'what for?" He told me, "I punched you in your eye, I thought you were high, I didn't know you had seizures." At the time I was handcuffed to the office wall while having a seizure.

I declare under penalty of perjury that I have read the foregoing Declaration and that the information is true and correct.

Today's Date: 5-6-22     Signature: Joey Wilhite

Address: N A C B F, 1401 HWY 20 West, Decatur, AL 35601.

AIS#: 261546