## DECLARATION OF RODERIC DANCY

1. I have been an inmate at Bibb Correctional Facility since 2011. In 2018, I was in the same bay as Joey Wilhite, C - 3 Dorm. I met Wilhite after he moved in. Wilhite was prone to seizures.

2. Some of the inmates smoked "Flocka." They would act out in crazy ways. Wilhite had seizures and once got whupped when he went to the Bibb health care unit.

3. I have seen a lot of drug symptoms because there have been many inmates that were doing Flocka. Inmates would appear in various ways. Some would zone out, some were violent, some were crying. Wilhite's symptoms would be him flailing his arms. He would need help. I saw it on different occasions. He would not lash out and he was not violent. He was just using his hands.

4. On the day he got beat up in the health acre unit, morning Joey had a seizure that morning at our dorm. Me and plenty more inmates called for medical attention and Sergeant Parker and another officer came to help and told the inmates that Joey was not having a seizure or whatever, he was high. But I told them that Joey don't use tobacco, or drugs that he had seizures, so he was taken to the medical.

5. The last time, I can't remember the guards names except one of them, Sergeant Parker, told me that his sister had seizures and Wilhite did not look like seizures. I replied that there are many types of seizures. I am familiar with seizures because of my relatives and friends having them. I've been looking at the signs for a long time.

6. The guards looked like they were going to whup Joey. There was no need to beat Joey when he had a seizure. I stepped in and said to the guards, "If you're going to whup him, you'll have to whup me too." Parker looked like he was about to get aggressive with Joey until I intervened. The guards had a bad habit of manhandling the wigged out inmates real rough. The guards could see what was happening with Joey at the time.

I declare under penalty of perjury that I have read the foregoing Declaration and that the information is true and correct.

Today's Date: 5-10-22    Signature: *Roderic Dancy*

Address: 565 Bibb Ln, Brent AL 35034

AIS#: 212228

Plaintiff's Exhibit 3