## DECLARATION OF DALE SANDERS

1. I was in Bibb County Correctional Facility from 2016 to 2019. I remember Joey Wilhite. We slept in the same dorm. I took pictures of Joey after he was attacked. The pictures showed bruises including showed injuries from a stick on the leg and the back of his arm. This probably occurred around September 2018. The weather was still warm. Not long after that I was transferred from dorm C3 to E1. That was probably around November, 2018.

2. Joey would have seizures while he was at Bibb. He was well known for having them, since he had a bunch and they were witnessed by inmates and guards.

3. The time he got really beat up happened when Joey had just left the dorm. When he had the seizure, the guard said he's just wigging. But me and the other inmates told the guard- "no, he's having a seizure." They called for a shift supervisor. He came down. They cuffed Joey. Joey couldn't walk so they dragged him off. The other inmates told the officers that Joey was having a seizure. The officer said he was high, but Joey did not get high. He's not that type of guy.

4. When Joey later returned to the dorm, he was beat up really bad. He could hardly walk. Inmates helped him to his bed. I asked him if he wanted me to take pictures. Joey called someone on the prison phone. He told them that officers beat him bad.

5. Joey had bad injuries on his leg, back and arms. You could tell he had big bruises and injuries from a stick. You could see long stripes where the stick hit him.

6. Joey told me that they had beat him with a stick. Monk was a sergeant and now he's now a Lieutenant at Ventress CF. Joey said that officer Cutts, Sr. had hit him. He stressed that.

7. I know the officers knew they did wrong because when they really think they need to use force on you then you go to lock up. But if they know force wasn't really required, they don't send you to lock up. Joey was not sent to lock up.

8. When I took the pictures, I mailed them to someone for Joey. I do not know who. He didn't want to talk to that person on the cell phone, so he called from the prison phone.

9. The seizure on the day he was beat up was the third seizure that I saw him have. After he was beat up, he was transferred one place and I was sent to a work release center.

10. There were inmates wigging out drugs they called Flocka or Brown Cloud. When they did, they would laugh, throw up, physically act out, scream, and then they would lay down and fall out. Joey's seizures were not like that. He would always tell you that they were coming on. He was not violent at all. He often told other inmates he was having a seizure. Then he would lay down.

Plaintiff's Exhibit 4, Page 1

I declare under penalty of perjury that I have read the foregoing Declaration and that the information is true and correct.

Today's Date: 5/2/22    Signature: Dale Saunders

Address: Ventress CF  PO Box 767  Clayton, AL 36016

AIS#: 22-81-38