## DECLARATION OF MATTHEW ALDRIDGE

1. I am an inmate in Elmore Correctional Facility. In September 2018 I was at Bibb Correctional Facility. I left Bibb in January 2019 and I went to St. Clair CF. On June 19, I went to Bullock CF. In September or October 2019, Wilhite came into my dorm at Bullock. He said he'd been there for a while.

2. I know that Wilhite had really bad seizures. The guards thought that he was wigging out so they would handcuff him and beat him. I saw Joey's seizures several times, maybe seven or eight times in the dorms. He had a seizure and he got beat up. Bibb's administration knew he was a seizure patient. That's why he was on medication procedures.

3. I saw the seizures. One of the worst was the time that we had to hold him down hard. It was after the time he got beat up. He didn't do drugs. He didn't even smoke cigarettes.

4. We would have to tote Joey up and get him in a wheelchair and take him to the healthcare infirmary. There were cameras in dorms where they could've seen the seizures.

5. The seizure that I witnessed occurred in the C-3 dorm. There are over 100 inmates in the dorm. I was walking back to see Wilhite. I heard he had a seizure I went back to see him. Some of his neighbors went up to the police to report it.

6. Joey was real tense and shaking. We were debating whether he should get a stretcher. A runner from the medical unit came in with Lieutenant Rutledge and another correctional officer. Rutledge said he didn't need a stretcher and just to take him back in a wheelchair. Rutledge said, "He ain't doing anything but wigging out. Just use the wheelchair." I helped load Joey into the wheelchair.

7. Joey was gone for a couple of hours. When he came back, he was brought back in the wheelchair. He had bruises around his ribs on the side towards the front.

8. When Joey returned, he said the guards beat him. I gave him the number for the Department of Justice so he could complain. The next day he went to the law library.

9. I did see a beating I witnessed that occurred at the diabetic lunch, when Joey went into a seizure, I got a correctional officer. Supervisor Parker came around. He saw Joey and came over and punched Joey in the head. When Joey was on the ground, he slapped him and kicked him. He said, "Come out of it!" Later they transported Joey to medical unit. This occurred right outside the kitchen door. I didn't see him for a few days after that.

10. The Rutledge incident took place first. Then the Parker incident near the kitchen happened. One took place in December 2018.

11. A correctional officers should know that Wilhite was having a seizure instead of wigging out. A seizure is very distinct. You tense up. You shake. Wigging out you throw up, scream, and flop around like a fish out of water.

I declare under penalty of perjury that I have read the foregoing Declaration and that the information is true and correct.

Today's Date: 4-28-22   Signature: *Matthew Aldel*

Address: 3520 Marion Spillway Rd Elmore, AL 36025

AIS#: 244274

I'am willing to take the stand on Joey's behalf if needed.