## DECLARATION OF ROBERT SOUTHBY

1. I am at Bibb Correctional Facility and assigned AIS # 255480. I knew Joey Wilhite pretty well when he got beat up by the guards. I had known him for about a year. I was with him beforehand in my dorm B -4. Joey was assigned to C dorm.

2. The day he got beat up, Joey said, "Bob, Bob, I'm not feeling well." So he headed back to his dorm, C Dorm. He got as far as the Cube which is right outside my dorm. I was still on my bed. I saw him when he started having the seizure. I had seen him have a few of his seizures. Normally he is just dazed and not moving. If left alone he will have no further problems.

3. Joey got to the Cube and then his right arm started raising up in the air, up and down up and down. The guards and inmates see him. When I got to the hall I saw a guard, Sewell put handcuffs on him in his front. At that point Joey freaks out. When he is in the middle of a seizure you can't touch him. The less you bother him the better. Sewell got the cuffs on the front. Joey was flailing around his arms and legs. I told Sewell he "is not wigging out. He has seizures. He has them a couple of times a week. He's not on drugs. He will come out of it soon." Joey was not violent. His arms were flailing and he was making strange noises.

4. The inmates got him into a wheelchair. Some others and I walked him up to medical which is about 300 yards away. I held his head because he was not talking and appeared to be unconscious. I didn't want his head to fall over the side. He seemed to be passed out. We took him all the way to medical and that's where I last saw him.

5. A few hours later I saw Joey on the yard. He said that he had been beaten by Parker and Cutts in medical. Joey said, "they beat the crap out of me." He lowered his pants to me and a number of other inmates. I could see from his knees up to his ass cheeks. He was bruised on both legs. Numerous bruises.

6. His face appeared to have been hit by a club or a fist. He also had injuries on his shoulder. I saw the injuries a few days later and they turned absolutely black.

7. Joey said that while he was medical unit, Parker and Cutts did all that to him. They chained him to the wall.

8. In the next few days Joey told me that he saw a female nurse who told him that she had seen everything. She said she watched it happened.

9. I saw Joey every day until they transferred him out. At some point he was interviewed by some investigators.

10. The symptoms between wigging out and Joey's seizures were different. Joey did not get riled up. He was just standing there. Two weeks before he was beaten, I saw him on his bed in C dorm. I said hi but did not get a response. He was just staring at the ceiling. I sat by the

Plaintiff's Exhibit 6, Page 1

foot of his bed to make sure he kept calm. After 10 or 15 minutes he said, "Oh, hi Bob." I told him what happened. He said I can go through a seizure fine if no one touches me.

    I declare under penalty of perjury that I have read the foregoing Declaration and that the information is true and correct.

Today's Date: MAY 1-2022   Signature: _Robert Scott_

Address: 565 BIBB LANE   BRENT, ALA   35034

AIS#: 255480