## DECLARATION OF DE'ANTERIAN HILL

1. I have been an inmate at Bullock Correctional Facility since March 2018. I have known Joey Wilhite since he came here from Bibb CF. I knew Wilhite because they were in J dorm and both were taking the same program. We were in the same block.

2. In October 2019 I came to Joey Wilhite's rescue during his seizure at about 2 AM by holding him and turning him on his side so that Joey would not swallow his tongue. I became interested in him because of my own granddaddy had seizures. So me, and inmates Doss and Miller all took Joey to medical

3. I remembered that Wilhite had a seizure in the bathroom. He was going in to take a leak. He dropped down and was shaking really hard. There were a couple of people there. We helped him to healthcare. They just took him up to the healthcare and dropped him off because it was an emergency.

4. I can recognize Joey's symptoms as a seizure because my granddaddy had them all the time. That is why I was familiar with it. They had symptoms in common such that he was shaking really bad, he would go into the zone, he could not talk, he could not stand. He was unconscious.

5. Wilhite was no better by the time they got him up to the health unit. He was a little bit better when he returned.

6. I had seen him have two seizures before this. It was not an overdose. I have seen seizures and I have seen overdoses. In a seizure you just drop. You lock up. An overdose is a real scary thing in people. People turn green and purple, the body color changes. That does not happen in a seizure.

I declare under penalty of perjury that I have read the foregoing Declaration and that the information is true and correct.

Today's Date: 05-03-2022    Signature: *De'Anterian Hill*

Address: Bullock Correctional Facility P.O. Box 5107 Union Springs, AL 36089

AIS#: 276709

Plaintiff's Exhibit 7