FILED
2022 May-31 PM 02:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JOSEPH WILHITE, | ) |
| Plaintiff, | ) |
| v. | ) 7:20-CV-00847-KOB-GMB |
| JAMESON T. PARKER; ANDREW CUTTS, SR.; CHARLES MONK; and MARCUS HAYNES, all in their individual capacities, | ) |
| Defendants. | ) |

## AFFIDAVIT OF LEIGH SHANNON TAORMINA

BEFORE ME the undersigned authority personally appeared Leigh Shannon Taormina, who being by me first duly sworn says:

1. I am over nineteen years of age, have personal knowledge of the information set forth herein, and am competent to testify hereto.

2. I was employed by Wexford Health Sources ("Wexford") from April, 2018 until March, 2019 at the Bibb Correctional Facility ("Bibb") in Brent, Alabama. Wexford is a contractor providing full-time health care services to inmates at Bibb.

3. On or about June 23, 2018 at approximately 4:30 p.m., I was in the medical infirmary at Bibb. At the time, I was waiting along with about several other medical personnel for a guard escort to take us to the exit of the prison.

4. As I was waiting for an escort, I observed inmate Joseph Wilhite being forcibly pushed against a gurney in the infirmary ER by Sergeant Jameson T. Parker. While this was

1                                                              Exhibit A

happening, Mr. Wilhite was having some kind of mental health episode at the time, which I understand from Mr. Wilhite he understood to be an epileptic seizure. Professionally I believed Mr. Wilhite was actually having a psychotic episode.

5. As Sergeant Parker was restraining Mr. Wilhite, I went into the dental office adjacent to the main infirmary room where I had been waiting for an escort. During my employment at Bibb, I had learned that it was discouraged to witness guards beating inmates, because guards could also retaliate against witnesses, including medical personnel.

6. When I came out of the dental office, I saw Mr. Wilhite, stomach down on the floor, with his hands handcuffed behind his back. Andrew Cutts Sr. had a wood baton (also referred to as a nightstick) in his hand and he was viciously beating Mr. Wilhite's back and back of legs over and over and over as Mr. Wilhite lay stomach down with his hands restrained in handcuffs behind his back. I was close enough to Mr. Cutts and Mr. Wilhite to clearly observe and hear the beating. Mr. Wilhite was not, and could not, resist the beating. I never observed any conduct by Mr. Wihite that would justify Mr. Cutt's attack.

7. As he was being viciously beaten, Mr. Wilhite looked up at the group of medical personnel and exclaimed "help!" Then, one of the officers escorted myself and the other medical personnel to the exit of Bibb.

8. The next day, Mr. Wilhite came into the infirmary to the mental health office. He showed me his back and back of legs, which were covered in bruises from the beating he had suffered the previous day. Soon after, Mr. Wilhite was transferred out of Bibb.

9. I was contacted by the Federal Bureau of Investigations and told they wanted to speak with me about the incident. Shortly after that, Captain Smith (one of the guards at Bibb) was escorting me on SEG walk, he made a vague comment about calling the FBI when an inmate needs

2

restrained. I responded "how about beating an inmate when he is already in handcuffed?" He retorted "that's another story." Based on his comments, I understand that he received my name as a potential witness regarding brutality at Bibb. I finally met with and spoke to the FBI close to March of 2019.

10. I was very concerned about telling the FBI about what I had seen. I had heard stories of guards paying prisoners to harm people to retaliate against people who said anything negative against a guard.

11. About ten days after I spoke with the FBI, I was fired by Wexford. I believe that one of the ADOC personnel at Bibb asked Wexford to fire me because I spoke to the FBI.

12. Several months after I left my employment with Wexford at Bibb, I ran into Mr. Parker at a local restaurant. He indicated to me that ADOC pressured him to resign as a result of the incident with Mr. Wilhite.

13. On at least one occasion I can remember, I witnessed a situation where ADOC personnel, with the assistance of Wexford personnel, destroyed body charts in inmate files at Bibb and replaced them with fabricated body charts.

_____
LEIGH SHANNON TAORMINA, Affiant

STATE OF Alabama
COUNTY OF Tuscaloosa

The foregoing instrument was sworn to and acknowledged before me this 30 day of ~~October 28~~ November 2021 by Leigh Shannon Taormina, who is personally known to me or who produced the following identification: AL Driver License

_____
[Signature of Notary Public]

[Print, Type, or Stamp Name of Notary Public]
My Commission Expires:

SHELIA MARIE BROWN
NOTARY PUBLIC ALABAMA STATE AT LARGE
MY COMMISSION EXPIRES JUN. 04, 2024

4