FILED
2022 Aug-29 AM 09:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **JOEY WILHITE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION NO.** |
| | )   **7:20-cv-00847-KOB** |
| **JAMESON PARKER,** *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

This matter comes before the court on Defendants' motion for summary judgment. (Doc. 51). For the reasons explained in the memorandum opinion entered contemporaneously with this Order, the court **DENIES** Defendants' motion.

**DONE** and **ORDERED** this 29th day of August, 2022.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE

1