# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **JOEY WILHITE,** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**JAMESON T. PARKER,** *et al.*, )<br>)<br>    **Defendants.** )<br>) | **Case: 7:20-cv-00847-KOB** |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE**. The court retains jurisdiction of this action to reinstate the case if any party represents to the court **on or before March 20, 2023** that final settlement documentation could not be completed.

**DONE** and **ORDERED** this 19th day of January, 2023.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE